RM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED

MAR 23 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RASHEE GRANT

(Enter above the full name of the plaintiff or plaintiffs in this action)

RASHEE GRANT vs.

C
(1

**1:17-cv-2266**
**Judge Samuel Der-Yeghiayan**
**Magistrate Judge Maria Valdez**
**PC7**

officers
R, P, MALCZYNSKI # 2249
ALLEN, V, FINLEY # 1214
[redacted] MICHAEL, C, FILBIN # 21225
Chicago Police Department
024 District

(Enter above the full name of ALL defendants in this action. <u>Do not use "et al."</u>)

**CHECK ONE ONLY:**

X **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: RASHEE DEZON GRANT

B. List all aliases: ______

C. Prisoner identification number: #2016113089

D. Place of present confinement: Cook County Jail Div8/RTU/3C

E. Address: P.O.Box089002 Chicago, IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Chicago Police Department

Title: Chicago Police Approving Supervisor/AllEN, V, FINLEY #1214

Place of Employment: 6464 North CLARK st Chicago, IL, 60626

B. Defendant: Chicago Police Department

Title: Chicago Police Approving Supervisor/R, P, MALCZYNSKI #2249

Place of Employment: 6464 North CLARK st Chicago, IL, 60626

C. Defendant: Chicago Police Department

Title: Chicago Police Detective/Investigator, Michael C, [redacted] FILBIN #21225 Beat 5353 unit 630

Place of Employment: BUREAU of Detectives AREA North Beat 5353

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ______________________________
______________________________________________

B. Approximate date of filing lawsuit: ______________________________

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ____________
______________________________________________
______________________________________________
______________________________________________

D. List all defendants: ______________________________
______________________________________________
______________________________________________
______________________________________________

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ______________________________

F. Name of judge to whom case was assigned: ______________________________
______________________________________________

G. Basic claim made:______________________________
______________________________________________
______________________________________________

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______________________________
______________________________________________
______________________________________________

I. Approximate date of disposition: ______________________________

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On November 11th, 2016 between the Hours of 9 oclock pm to 11:43 pm I was held in Custody at 024 District, 6464 North CLARK st Chicago, IL 60626 and was Denied medical attention Continuously with Approving SupervisoRS Knowlege of my medical injuries (SupervisoRS ALLEN, V, FINLEY # 1214 [redacted] and R, P, MALCZYNSKI # 2249 also at the time of 10:43 pm I was Denied of medical attention by Detective/Investigator Michael, C, FILBIN #21225 at 024 District Holding, after He gave/read me Miranda Warnings and I requested for a lawyer Audio Visual Surveillance Camera will in 024 Holding Cell will verify Claims.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for monetary damages for pain, suffering and Distress from being neglected medical attention extensively through out processing at 024 District police station Holding cell at 6464 N. Clark St Chicago, IL, 60626

**VI. The plaintiff demands that the case be tried by a jury.** ☒ **YES** ☐ **NO**

**CERTIFICATION**

**By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.**

**Signed this ________ day of ________, 20____**

[signature]

**(Signature of plaintiff or plaintiffs)**

RASHEE GRANT

**(Print name)**

20161113089

**(I.D. Number)**

Div 8/RTU T 3C

2600 S California Ave 60608, Chicago, IL

P.O. Box 089002

**(Address)**